NUMBER 13-07-477-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


___________________________________ ___________________


IDIDA LAMAR YBARRA, Appellant,

 

v.



THE STATE OF TEXAS, Appellee.

_______________________________________________________


On appeal from the 275th District Court


of Hidalgo County, Texas.


_______________________________________________________


MEMORANDUM OPINION





Before Chief Justice Valdez and Justices Rodriguez and Vela


Memorandum Opinion Per Curiam


 

 Appellant, Idida Lamar Ybarra, has filed a notice of appeal with this Court from her
conviction in trial court cause number CR-2402-07-E. The trial court's certification of the
defendant's right to appeal shows that the defendant does not have the right to appeal. 
See Tex. R. App. P. 25.2(a)(2). The Texas Rules of Appellate Procedure provide that an
appeal must be dismissed if a certification showing that a defendant has a right of appeal
is not made a part of the record. Tex. R. App. P. 25.2(d); see Tex. R. App. P. 37.1, 44.3,
44.4.

 On August 15, 2007, this Court notified appellant's counsel of the trial court's
certification and ordered counsel to: (1) review the record; (2) determine whether appellant
has a right to appeal; and (3) forward to this Court, by letter, counsel's findings as to
whether appellant has a right to appeal, or, alternatively, advise this Court as to the
existence of any amended certification. Counsel failed to respond. Accordingly, the Court
abated and remanded this matter to the trial court to determine whether the trial court's
certification was correct. On remand, the trial court allowed appellant's trial counsel to
withdraw and appointed new appellate counsel to respond to this Court's inquiry. 

 We have now received and reviewed the reporter's record from the hearing on
abatement. Further, appellant's newly appointed counsel has filed a response with this
Court regarding the trial court's certification of the appellant's right to appeal. Counsel's
response does not establish: (1) that the certification currently on file with this Court is
incorrect; or (2) that appellant otherwise has a right to appeal. 

 The Texas Rules of Appellate Procedure provide that an appeal must be dismissed
if the trial court's certification does not show that the defendant has the right of appeal. 
Tex. R. App. P. 25.2(d); see Tex. R. App. P. 37.1, 44.3, 44.4. Accordingly, this appeal is
dismissed. Any pending motions are denied as moot. 

 
 PER CURIAM


Do not publish. See Tex. R. App. P. 47.2(b). 

Memorandum Opinion delivered and filed this

the 13th day of December, 2007.